Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
David Zelenski (SBN 231768)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, California 90038
Telephone: 323.962.3777
Facsimile: 323.962.3004

Attorneys for Plaintiff
DIOR POPKO

Michael T. Lucey (SBN 99927)
Jon C. Yonemitsu (SBN 199026)
Marie A. Trimble (SBN 257891)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIOR POPKO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>VAN ACKER CONSTRUCTION ASSOCIATES, INC., GARY VAN ACKER, GLEN SHERMAN and DOES 1 to 20,<br><br>　　　　　Defendants. | Case No. C 11-04034 JSW<br><br>*Assigned to Hon. Jeffrey S. White*<br><br>[PROPOSED] **ORDER REGARDING THE PARTIES' STIPULATION TO PLAINTIFF'S FILING OF THE FIRST AMENDED COMPLAINT** |

1  **ORDER**

2 The parties having submitted a Joint Stipulation to allow Plaintiff to file a First Amended
3 Complaint, the Court orders the First Amended Complaint, attached as Exhibit 1 to the parties'
4 Stipulation, filed.

5
6 DATED: ~~October~~ November 7, 2011

_____
Hon. Jeffrey S. White

2
~~[PROPOSED]~~ ORDER RE THE PARTIES' STIPULATION TO THE FILING OF FIRST AMENDED COMPLAINT